1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SCOTT M., individually and on behalf of I.M., a minor,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ANTHEM INSURANCE COMPANIES, INC., trading as ANTHEM BLUE CROSS AND BLUE SHIELD, an independent licensee of THE BLUE CROSS AND BLUE SHIELD ASSOCIATION; WELLS FARGO & COMPANY; CORPORATE BENEFITS WELLS FARGO & COMPANY; and THE WELLS FARGO & COMPANY HSA PLAN,<br><br>    Defendants. | Case No. 25-cv-8284<br><br>**ORDER GRANTING MOTION TO PROCEED USING PSEUDONYMS** |
|---|---|

1  The Court has reviewed and considered Plaintiffs' motion to proceed
2  pseudonymously. For good cause shown, the Court GRANTS the motion.
3  IT IS HEREBY ORDERED.

5  DATED: November 3, 2025

_____
U.S. DISTRICT COURT JUDGE